

# Missouri Court of Appeals
## Southern District

**FEBRUARY 18, 2015**

THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 30.25(b).

1.   Case No.  SD33349

     Re:   STATE OF MISSOURI,
           Respondent,
           vs.
           MICHAEL EGAN,
           Appellant.